**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re:   JOSEPH M KACZYNSKI<br>TRACY J KACZYNSKI<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 09-36982 |

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/05/2009.

2) This case was confirmed on 11/19/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/01/2011.

5) The case was converted on 03/11/2011.

6) Number of months from filing to the last payment:  15

7) Number of months case was pending:  18

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    41,550.00

10) Amount of unsecured claims discharged without payment $        .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**
    Total paid by or on behalf of the debtor      $ 9,520.00
    Less amount refunded to debtor      $ .00
**NET RECEIPTS**      $ 9,520.00

**Expenses of Administration:**

    Attorney's Fees Paid through the Plan      $ 2,500.00
    Court Costs      $ .00
    Trustee Expenses and Compensation      $ 601.12
    Other      $ .00

**TOTAL EXPENSES OF ADMINISTRATION**      $ 3,101.12

Attorney fees paid and disclosed by debtor      $ 1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WELLS FARGO FINANCIA | UNSECURED | 1,224.00 | 1,484.30 | 1,484.30 | .00 | .00 |
| CREDIT FIRST | UNSECURED | 773.46 | 787.25 | 787.25 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 256.25 | 256.25 | 256.25 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 940.11 | 921.29 | 921.29 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,047.10 | 1,031.69 | 1,031.69 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 4,400.00 | 4,575.00 | 4,400.00 | 4,400.00 | 88.08 |
| CAPITAL ONE AUTO FIN | UNSECURED | 1,500.00 | 7,069.16 | 7,244.16 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 177,667.00 | .00 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | .00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | NA | .00 | 30,000.00 | 1,930.80 | .00 |
| ASCENSION CAPITAL GR | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE KMART | UNSECURED | 1,375.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 13,746.16 | NA | NA | .00 | .00 |
| CREDIT FIRST ASSOCIA | OTHER | .00 | NA | NA | .00 | .00 |
| MOHAMED K GHUMRA MD | UNSECURED | 1,367.00 | NA | NA | .00 | .00 |
| MOHAMED K GHUMRA MD | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| DRS KHANNA & KHANNA | UNSECURED | 40.30 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | .00 | NA | NA | .00 | .00 |
| FINGERHUT DIRECT | UNSECURED | 576.00 | NA | NA | .00 | .00 |
| FOX VALLEY LABORATOR | UNSECURED | 353.85 | NA | NA | .00 | .00 |
| GREAT ELGIN EMERGENC | UNSECURED | 141.97 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GREATER ELGIN PAIN M | UNSECURED | 10,355.00 | NA | NA | .00 | .00 |
| GREATER ELGIN PAIN M | UNSECURED | 555.00 | NA | NA | .00 | .00 |
| GREATER ELGIN PAIN M | UNSECURED | 190.00 | NA | NA | .00 | .00 |
| HSBC MASTERCARD | OTHER | .00 | NA | NA | .00 | .00 |
| ISLAND NATIONAL GROU | UNSECURED | 787.99 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | OTHER | .00 | NA | NA | .00 | .00 |
| KCA FINANCIAL SERVIC | UNSECURED | 104.00 | NA | NA | .00 | .00 |
| LOYOLA MEDICAL CENTE | UNSECURED | 72.44 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | .00 | NA | NA | .00 | .00 |
| MEA AEA | UNSECURED | 570.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | OTHER | .00 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 866.61 | NA | NA | .00 | .00 |
| METRO INFECTIOUS DIS | UNSECURED | 120.60 | NA | NA | .00 | .00 |
| NCO FINANCIAL GROUP | UNSECURED | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| NORTHWEST SUBURBAN A | UNSECURED | .00 | NA | NA | .00 | .00 |
| NORTHWEST SUBURBAN I | UNSECURED | 38.20 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| PELLETTIERI & ASSOCI | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER OPEN MRI MCH | UNSECURED | 1,845.00 | NA | NA | .00 | .00 |
| PULMONARY AND SLEEP | UNSECURED | 91.90 | NA | NA | .00 | .00 |
| RESURGENT ACQUISITIO | UNSECURED | .00 | NA | NA | .00 | .00 |
| RJM ACQUISTIONS | OTHER | .00 | NA | NA | .00 | .00 |
| ROSEWOOD HEALTH CARE | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 731.09 | 727.26 | 727.26 | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 13.08 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 722.83 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 574.62 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 24,397.55 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 460.00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 159.50 | NA | NA | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | 147.70 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================.
| Scheduled Creditors:                                           |
|                                                                |
| Creditor              Claim        Claim       Claim     Principal    Int.  |
|   Name        Class   Scheduled    Asserted    Allowed     Paid       Paid  |
|                                                                |
|SHERMAN HOSPITAL    UNSECURED     154.50         NA         NA         .00      .00 |
|ST ALEXIUS MEDICAL C UNSECURED  1,640.00         NA         NA         .00      .00 |
|SUBURBAN ENDOCRINOLO UNSECURED    310.00         NA         NA         .00      .00 |
|UNITED ANSETHESIA AS UNSECURED    179.20         NA         NA         .00      .00 |
|WELLS FARGO FINANCIA OTHER            .00        NA         NA         .00      .00 |
|ROMANS              UNSECURED     499.67         NA         NA         .00      .00 |
|PRA RECEIVABLES MANA UNSECURED        NA      849.36     849.36        .00      .00 |
.================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 30,000.00 | 1,930.80 | .00 |
| Debt Secured by Vehicle | 4,400.00 | 4,400.00 | 88.08 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 34,400.00 | 6,330.80 | 88.08 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 13,301.56 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,101.12 |
| Disbursements to Creditors | $ | 6,418.88 |
| **TOTAL DISBURSEMENTS:** | $ | 9,520.00 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:    04/12/2011                              /s/ Tom Vaughn
                                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**